```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```



FILED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-SW-0235-DAD |
|       Plaintiff, ) | |
|   v. ) | |
| IN RE: ) | MOTION TO UNSEAL SEARCH WARRANT AND PROPOSED ORDER |
|     SEARCH WARRANT ) | |

The United States, by and through its counsel, hereby applies to this court for an order to unseal the search warrant and its application and attachments in the above-captioned matter. Arrests have been made in connection with the criminal complaint filed in the parallel matter (MAG No. 2:07-MJ-0261 DAD), and thus the affidavit in support of the complaint has been unsealed. Because the affidavit in support of the search warrants issued in this matter is identical to the

affidavit that supports the complaint there is no reason for the search warrant and its application and attachments to remain sealed.

DATED: 8/16/07

McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn
COURTNEY J. LINN
Assistant U.S. Attorney

### ORDER

For cause shown, the United States' motion to unseal the search warrant, with its application and attachments, is GRANTED.

IT IS SO ORDERED.

DATED: 8/16/07

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge